# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

147393 & (43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BRIAN BONAR,
        Petitioner-Appellant,

v

        SC: 147393
        COA: 310707
        MTT: 00-410948

DEPARTMENT OF TREASURY,
        Respondent-Appellee.

_____/

      By order of October 28, 2013, the application for leave to appeal the May 30, 2013 judgment of the Court of Appeals was held in abeyance pending the decisions in *Fradco, Inc v Dep't of Treasury* (Docket No. 146333) and *SMK, LLC v Dep't of Treasury* (Docket No. 146335). On order of the Court, the cases having been decided on April 1, 2014, 495 Mich 104 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



p0616

             Clerk